# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:08CV01765 |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |
| | : | |
| ELIZABETH WILKINS | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| NOVARTIS PHARMACEUTICALS, et al. | : | DEFENDANTS |

## ORDER

Defendant's Alternative Motion for Dismissal and Summary Judgment (Doc. No. 11) is DENIED without prejudice. The motion may be refiled following a decision by the Minnesota Supreme Court on the certified question being submitted by this Court -- whether the Minnesota statute of limitations applies to a non-Minnesota plaintiff, when neither the plaintiff nor the claims have any connection to Minnesota.

IT IS SO ORDERED this 21st day of November, 2008.

/s/ Wm. R.Wilson, Jr.
UNITED STATES DISTRICT JUDGE